AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 13, Assimilating California PC § 594.2 - Possession of Vandalism Tools;
36 C.F.R. § 2.31 - Vandalism

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term 6 Months
Maximum Fine $5,000
Mandatory Special Assessment $10

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ RODGER W. MILLER and RONALD J. CURICO

DISTRICT COURT NUMBER
CR 07 0447 MAG

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 5/15/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4                                                         **FILED**
5                                                         JUL 13 2007
                              E-filing                    RICHARD W. WIEKING
6                                                         CLERK, U.S. DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        ) CR No. 07 0447 MAG
                                     )
13         Plaintiff,                ) VIOLATION: Title 18, United States Code,
                                     ) Section 13, assimilating California Penal
14     v.                            ) Code, Section 594.2 – Possession of
                                     ) Vandalism Tools (Class B Misdemeanor);
15                                   ) Title 36, Code of Federal Regulations,
    RODGER W. MILLER, and            ) Section 2.31(a)(3) – Vandalism (Class B
16  RONALD J. CURICO,                ) Misdemeanor)
                                     )
17         Defendants.               )
                                     )
18  _____  ) SAN FRANCISCO VENUE
19
                              INFORMATION
20
21  The United States Attorney charges:
22  COUNT ONE: 18 U.S.C. § 13, assimilating California Penal Code § 594.2 – Possession of
               Vandalism Tools
23
24     On or about May 15, 2007, in the Northern District of California, within the boundaries of
25  the Golden Gate National Recreational Area, the defendants,
26                         RODGER W. MILLER, and
                           RONALD J. CURICO,
27
28  possessed vandalism tools, to wit, wire cutters, screw drivers, and vise grips, in violation of

INFORMATION

1  Title 18, United States Code, Section 13, assimilating California Penal Code, Section 594.2, a
2  Class B Misdemeanor.
3  COUNT TWO: 36 C.F.R. § 2.31(a)(3) – Vandalism
4      On or about May 15, 2007, in the Northern District of California, within the boundaries of
5  the Golden Gate National Recreational Area, the defendants,

                    RODGER W. MILLER, and
                    RONALD J. CURICO,

8  destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal
9  Regulations, Section 2.31, a Class B Misdemeanor.
10
11 DATED: July 12, 2007          SCOTT N. SCHOOLS
                                 United States Attorney
12
13                               /s/ Ioana Petrou
                                 IOANA PETROU
14                               Chief, Major Crimes Section
15
16 (Approved as to form: /s/ Wendy Thomas
                         WENDY THOMAS
17                       Special Assistant United States Attorney

INFORMATION