AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 31 PM 12:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

### OFFENSE CHARGED

36 C.F.R. § 2.31(a)(3) - Vandalism (B. Misd.); 18 USC 13, assim. Cal. PC § 466 - Poss. of Burglary Tools (B. Misd.); 18 USC 13, assim. Cal. H & S § 11364 (B. Misd.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

### DEFENDANT - U.S.

▶ RODGER W. MILLER and RONALD J. CURICO

DISTRICT COURT NUMBER
CR 07-0447 MAG

PENALTY:
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM       SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ▶ was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No     If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | |

FILED

07 OCT 31 PM 12: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RODGER W. MILLER, and<br>RONALD J. CURICO,<br><br>　　　Defendants. | No. CR 07-0447 MAG<br><br>VIOLATIONS: Title 18, United States Code, Section 13, assimilating California Penal Code, Section 466 - Possession of Burglary Tools (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 2.31(a)(3) - Vandalism (Class B Misdemeanor); Title 18, United States Code, Section 13, assimilating California Health and Safety Code, Section 11364 - Possession of Instruments for Smoking Controlled Substances (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.31(a)(3) - Vandalism

On or about May 15, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreational Area, the defendants,

RODGER W. MILLER, and
RONALD J. CURICO,

SUPERSEDING INFORMATION
CR 07-0447 MAG

1   destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal
2   Regulations, Section 2.31(a)(3), a Class B Misdemeanor.
3
4   COUNT TWO: 18 U.S.C. § 13, assimilating Cal. Penal Code § 466 - Possession of Burglary
                                    Tools
5       On or about May 15, 2007, in the Northern District of California, within the boundaries of
6   the Golden Gate National Recreation area, the defendants,
7                                       RODGER W. MILLER, and
                                         RONALD J. CURICO,
8
    possessed burglary tools, to wit: wire cutters, screw drivers, and vice grips, with the intent to use
9
    such items to commit a misdemeanor, in violation of Title 18, United States Code, Section 13,
10
    assimilating California Penal Code, Section 466, a Class B Misdemeanor.
11
12
13  COUNT THREE: 18 U.S.C. § 13, assimilating Cal. Health and Safety Code § 11364 -
                        Possession of Instruments for Smoking Controlled Substances
14
        On or about May 15, 2007, in the Northern District of California, within the boundaries of
15
    the Golden Gate National Recreational Area, the defendant,
16
                                        RODGER W. MILLER,
17
    possessed a device, contrivance, instrument, or paraphernalia, to wit: a pipe used for unlawfully
18
    smoking cocaine base, in violation of Title 18, United States Code, Section 13, assimilating
19
    California Health and Safety Code, Section 11364, a Class B Misdemeanor.
20
21
    DATED: 10/31/2007                             SCOTT N. SCHOOLS
22                                                United States Attorney
23
24                                                KYLE F. WALDINGER
                                                  Deputy Chief, Major Crimes Section
25
26
    (Approved as to form:  _____)
27                                  WENDY THOMAS
                                    Special Assistant United States Attorney
28

SUPERSEDING INFORMATION
CR 07-0447 MAG