1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OR ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  (415) 431-4500

4  Attorney for Defendant
   RODGER MILLER
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           No. CR 07-0447 JCS

12                    Plaintiff,        STIPULATION AND [PROPOSED]
                                        ORDER EXTENDING SURRENDER
13         vs.                          DATE

14 RODGER MILLER,

15                    Defendant

16 _____/

17

18

19      IT IS HEREBY STIPULATED between the parties that the date for defendant Rodger

20 Miller to surrender in to the custody of the United States Marshal is extended from February 22,

21 2008 to March 14, 2008 at 12:00 noon. This stipulation is based on the attached document from

22 the UCSF Medical Center noting Mr. Miller's admission in to the UCSF hospital in the early

23 ///

24 ///

25 ///

26

27

28

1  morning hours of February 22, 2008.
2  SO STIPULATED.
3
4  Dated: 2/24/08

WENDY THOMAS
Assistant United States Attorney

7
8  Dated: February 22, 2008

ROBERT WAGGENER
Attorney for Defendant
RODGER MILLER

11  IT IS SO ORDERED.
12
13  Dated: _____

The Honorable Joseph C. Spero
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

STIP/ORDER EXTENDING SURRENDER DATE        2