# UCSF Medical Center

**Division of Emergency Medicine**
**Department of Medicine**

505 Parnassus Avenue
San Francisco, CA 94143-0208
Admin. Office: 415/353-1634
Clinical Services: 415/353-1037
Fax: 415/353-1799
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

Date: 2/22/08

(Mr)/Mrs/Miss _Rodger Miller_ was seen in the UCSF Emergency Department on 2/21/08 for the following problem: _neck pain_

and:

(Check One)

(  ) may return to regular work/school duties on _____
                                                        Date

(  ) may not return to regular work/school duties until _____
                                                              Date

(  ) may return to work/school with the following limitations: _____

(X) may not return to work/school unless cleared by physician exam on
_2/22/08_
Date

(  ) states he/she is too ill to return to work/school.

(  ) Comments: _pt is being admitted to the hospital as of 2/22/08 400 am_

_[signature]_ PA-C
UCSF Emergency Personnel
Signature & Title