1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OR ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Phone:     (415) 431-4500
   Fax:       (415) 255-8631
4  E-Mail:    rwlaw@mindspring.com

5  Attorney for Defendant RODGER MILLER

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,           No. CR 07-0447 JCS
12
              Plaintiff,               **STIPULATION AND [PROPOSED]**
13                                     **ORDER EXTENDING SURRENDER**
       vs.                             **DATE**
14
   RODGER MILLER,
15
              Defendant(s).
16                                   /
17
18
19
20    **IT IS HEREBY STIPULATED** between the parties that the date for defendant Rodger

21 Miller to surrender in to the custody of the United States Marshal is extended from March 14,

22 2008, at 12:00 noon until April 4, 2008, at noon. This stipulation and proposed order is based on

23 the attached letter from Dr. David Saito of the UCSF Medical Center requesting extended

24 convalescence for Mr. Miller following his recent surgery.

25 \\\\
26 \\\\
27 \\\\
28 \\\

STIP/ORDER EXTENDING SURRENDER DATE                C:\Data\FD\S%260+Re+Surrender.rm{1}.wpd

MAR-14-2008 13:45 From:US ATTORNEY      4154367009           To:4152558631         P.2/2
03/14/2008   11:09    LAW OFFICE 214 DUBOCE SF → 4367234                    NO.999    D003

Case 3:07-cr-00447-MAG   Document 31   Filed 03/14/2008   Page 2 of 2

1
2
3  IT IS SO STIPULATED.
4
5  Dated: 3/14/08

WENDY THOMAS
Assistant United States Attorney

6
7
8
9  Dated: March 14, 2008

ROBERT WAGGENER
Attorney for Defendant
RODGER MILLER

10
11
12
13  IT IS SO ORDERED.
14
15  Dated: _____

JOSEPH C. SPERO
Magistrate Judge of the United States District Court
UNITED STATES DISTRICT COURT

16
17
18
19
20
21
22
23
24
25
26
27
28

STIP/ORDER EXTENDING SURRENDER DATE                    C:\Data\FD\S%260+Re+Surrender.m[1].wpd