# UCSF Medical Center

**Department of Otolaryngology-
Head and Neck Surgery**
UCSF Cochlear Implant Center

400 Parnassus Avenue
Room A730
San Francisco, CA 94143-0342
tel: 415/353-2757
fax: 415/353-2603
TTY: 415/885-3889
CochlearImplant@ucsfmedctr.org
cochlearimplant.ucsf.edu

www.ucsfhealth.org

University of California
San Francisco

3/14/08

To Whom It May Concern:

Mr. Rodger Miller was treated for a severe neck infection at the University of California, San Francisco Medical Center. He required surgery on 2/20/08 and was hospitalized until 2/28/08. He is currently recovering at home but is still taking antibiotics and performing wound care.

I understand he is scheduled to report to court today for a possible prison stay. It would be preferable from a medical standpoint to delay his imprisonment for 2 weeks to encourage appropriate convalescence from his infection.

Thank you very much. Please call the clinic of Head + Neck Surgery at (415) 353-2148 with any questions.

Sincerely,

David Sarto, MD