1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OR ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant RODGER MILLER

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              No. CR 07-0447 JCS
12
                   Plaintiff,              **STIPULATION AND [PROPOSED]
13                                         ORDER EXTENDING SURRENDER
           vs.                             DATE**
14
   RODGER MILLER,
15
                   Defendant(s).
16
   _____/
17

18

19
       **IT IS HEREBY STIPULATED** between the parties that the date for defendant Rodger
20
   Miller to surrender in to the custody of the United States Marshal is extended from March 14,
21
   2008, at 12:00 noon until April 4, 2008, at noon. This stipulation and proposed order is based on
22
   the attached letter from Dr. David Saito of the UCSF Medical Center requesting extended
23
   convalescence for Mr. Miller following his recent surgery.
24
   \\\
25
   \\\
26
   \\\
27
   \\\
28

STIP/ORDER EXTENDING SURRENDER DATE                    C:\Data\FD\S%260+Re+Surrender.rm[1].wpd

1
2
3  **IT IS SO STIPULATED.**
4
5  Dated: 3/14/08

   WENDY THOMAS
   Assistant United States Attorney

6
7
8
9  Dated: March 14, 2008
10
   ROBERT WAGGENER
   Attorney for Defendant
   RODGER MILLER
11
12
13  **IT IS SO ORDERED.**
14
15  Dated: March 17, 2008

   JOSEPH
   Magistrate  [Judge Joseph C. Spero]  States District Court
   UNITED STATES DISTRICT COURT
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP/ORDER EXTENDING SURRENDER DATE                    C:\Data\FD\S%26O+Re+Surrender.m[1].wpd